Salvatore Nick Messina, Plaintiff-Appellant, v. City of Chicago, a Municipal Corporation, Defendant-Appellee.

Gen. No. 49,890. ▪▪▪▪▪▪▪▪▪▪

First District, Second Division.

October 19, 1965.

Reibman and Hoffman, of Chicago (Sheldon N. Reibman, Burton L. Hoffman, and Sanford H. Meiselman, of counsel), for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin, Assistant Corporation Counsel, and Robert J. Collins, Special Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.